IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TRAVIS COX,

    Plaintiff,

vs.

LANCASTER COUNTY, all sued in individual as well as official capacity; LANCASTER COUNTY DRUG COURT, TOUCHSTONE TREATMENT FACILITY, ANDREA MCCLATCHEY, ALYSSA MAXWELL, and PAUL COONEY, Drug Court Attorney;

    Defendants.

8:23CV287

**MEMORANDUM AND ORDER**

On July 18, 2023, the Court granted Plaintiff's motion seeking leave to proceed IFP and ordered him to pay an initial partial filing fee in the amount of $45.39 by August 17, 2023 (the "IFP Order"). *See* Filing No. 8. On September 20, 2023, Plaintiff sought an extension of the deadline to pay his initial partial filing fee (the "Motion to Extend"), Filing No. 11, which the Court granted, extending the deadline to pay to October 30, 2023, Filing No. 12.

After receiving no payment of the initial partial filing fee or any motion to extend time in which to do so the Court issued an order to show cause on November 20, 2023, ordering Plaintiff to show cause by December 20, 2023, why the case should not be

2

dismissed for failure to pay the initial partial filing fee as previously ordered. Filing No. 13. To date, Plaintiff has not paid the filing fee, or taken any other action in this matter, and the December 20, 2023, deadline to do so has passed.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with orders of this Court. The Court will enter judgment by a separate document.

Dated this 23rd day of January, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court